United States Bankruptcy Court
District of Massachusetts

```
In re:                                                          Case No. 19-30240-edk
Elizabeth Cordero                                               Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0101-3          User: pf              Page 1 of 2              Date Rcvd: Sep 23, 2019
                              Form ID: 309A         Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2019.
```
db           +Elizabeth Cordero,    99 Lakevilla Ave.,    Springfield, MA 01109-1405
aty          +Andrew Cannella,    Bendett & McHugh P.C.,    270 Farmington Avenue,    Suite 171,
               Farmington, CT 06032-1926
aty          +Carrie Naatz,   Naatz Law Office,    1111 Elm St.,    Suite 28,    West Springfield, MA 01089-1540
20298636     +Bendett & McHugh,    270 Farmington Ave,    Suite 151,    Farmington, CT 06032-1926
20298639    ++++DITECH,    332 MINNESOTA ST STE E610,    SAINT PAUL MN   55101-1311
             (address filed with court: Ditech,    332 Minnesota St Ste 610,    Saint Paul, MN 55101)
20339253      Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ   85284-0046
20298640     +Eastern Account System, Inc.,    Attn: Bankruptcy,    Po Box 837,    Newtown, CT 06470-0837
20298644     +Lakes/National Emergency Physicians,    Attn: Billing,    575 Beech St.,    Holyoke, MA 01040-2223
20305892     +NSTAR d/b/a Eversource,    Legal Department Honor Heath,    107 Selden St,
               Berlin, CT 06037-1616
20330753      UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
               MADISON, WI 53708-8973
20298648     +US Deptartment of Education/Great Lakes,    2401 International Lane,    Madison, WI 53704-3121
20298647     +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
               Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: BGMWEINER.COM Sep 24 2019 04:33:00      Gary M. Weiner,    Weiner Law Firm, P.C.,
               1441 Main Street,    Suite 610,    Springfield, MA 01103-1473
smg           E-mail/Text: duabankruptcy@detma.org Sep 24 2019 00:37:07      CHIEF COUNSEL, LEGAL DEPARTMENT,
               DEPARTMENT OF UNEMPLOYMENT ASSISTANCE,    COMMONWEALTH OF MASSACHUSETTS,
               19 STANIFORD STREET,1ST FLOOR,    Boston, MA 02114-2502
smg           EDI: MASSDOR Sep 24 2019 04:33:00      MASS DEPT OF REVENUE,    BANKRUPTCY UNIT,    PO BOX 9564,
               BOSTON, MA   02114-9564
ust          +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Sep 24 2019 00:37:04      Richard King,
               Office of the U. S. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
20298635     +E-mail/Text: pbsbankruptcy@baystatehealth.org Sep 24 2019 00:37:06      Baystate Medical Center,
               Attn: Billing,    759 Chestnut St,    Springfield, MA 01199-0001
20298637     +E-mail/Text: mike@carterbusiness.com Sep 24 2019 00:37:04      Carter Business Service, Inc.,
               150A Andover St.,    Suite 12A,    Danvers, MA 01923-5315
20298638     +E-mail/Text: bankruptcy.bnc@ditech.com Sep 24 2019 00:37:01      Ditech,    Attn: Bankruptcy,
               Po Box 6172,    Rapid City, SD 57709-6172
20298642     +E-mail/Text: bankruptcynotices@eversource.com Sep 24 2019 00:37:19      Eversource,
               Attn: Bankruptcy Billing,    PO Box 56005,    Boston, MA 02205-6005
20298643      E-mail/Text: bankruptcy@glacompany.com Sep 24 2019 00:36:22      G.L.A. Collection Co., Inc.,
               2630 Gleeson Lane,    Louisville, KY 40299
20298645     +EDI: DRIV.COM Sep 24 2019 04:33:00      Santander Consumer USA,    Attn: Bankruptcy,
               Po Box 961245,    Fort Worth, TX 76161-0244
20298646     +EDI: DRIV.COM Sep 24 2019 04:33:00      Santander Consumer USA,    Po Box 961245,
               Fort Worth, TX 76161-0244
20306646     +EDI: DRIV.COM Sep 24 2019 04:33:00      Santander Consumer USA Inc.,    P.O. Box 560284,
               Dallas, TX 75356-0284
                                                                                              TOTAL: 12

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20298641      ##+Eastern Account System, Inc.,    75 Glen Rd Ste 310,    Sandy Hook, CT 06482-1175
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019                        Signature:   /s/Joseph Speetjens

```
District/off: 0101-3          User: pf                  Page 2 of 2              Date Rcvd: Sep 23, 2019
                              Form ID: 309A             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2019 at the address(es) listed below:
              Andrew   Cannella    on behalf of Creditor   Ditech Financial LLC bkecf@bmpc-law.com
              Carrie   Naatz    on behalf of Debtor Elizabeth   Cordero NaatzLaw@comcast.net,
               service@naatzlaw.com,court@naatzlaw.com;naatzcr75135@notify.bestcase.com
              Gary M. Weiner    GWeiner@Weinerlegal.com,  MShapiro@Weinerlegal.com;MA27@ecfcbis.com
              Richard   King    USTPRegion01.WO.ECF@USDOJ.GOV
                                                                                        TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Elizabeth Cordero | Social Security number or ITIN **xxx–xx–9609** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of Massachusetts | Date case filed in chapter **13**     3/28/19 |
| Case number: **19–30240** | | Date case converted to chapter **7**     9/17/19 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, you may wish to consult an attorney.** All documents filed in the case may be inspected through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other document in the case.** Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Elizabeth Cordero | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 99 Lakevilla Ave.<br>Springfield, MA 01109 | | |
| 4. | **Debtor's attorney**<br>Name and address | Carrie Naatz<br>Naatz Law Office<br>1111 Elm St.<br>Suite 28<br>West Springfield, MA 01089 | | Contact phone 413–336–8300<br>Email: NaatzLaw@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Gary M. Weiner<br>Weiner Law Firm, P.C.<br>1441 Main Street<br>Suite 610<br>Springfield, MA 01103 | | Contact phone 413–732–6840<br>Email: GWeiner@Weinerlegal.com |

**For more information, see page 2>**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case**                                           page 1

| Debtor **Elizabeth Cordero** | | Case number **19–30240 –edk** |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>300 State Street, Suite 220<br>Springfield, MA 01105 | Hours open: Monday–Friday<br>8:30am–5:00pm<br><br>Contact phone 413–785–6900<br><br>Date: 9/23/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 12, 2019 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**1350 Main Street, Suite 1112, Springfield, MA 01103** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>Papers and any required fee must be received by the bankruptcy clerk's office **no later than 4:30 PM (Eastern Time)** by the deadlines listed. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/13/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Deadline to file §503(b)(9) requests:** | Requests under Bankruptcy Code §503(b)(9)(goods sold within twenty(20) days of bankruptcy) must be filed in the Bankruptcy Clerk's office. | **Filing deadline:** 60 days from the first date set for the meeting of creditors |
| **11. Proof of claim** | For holder(s) of a claim secured by a security interest in the debtor's principal residence, pursuant to Rule 3002(c)7(A): | **Filing deadline:** 70 days from the Filing Date of the Petition |
| | For creditors other than those holding a *Claim Secured by a Security Interest in the Debtor's Principal Residence:* A date has not been set yet. No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

**For more information, see page 3>**

Debtor **Elizabeth Cordero**                                                                                                           Case number **19–30240 –edk**

| | |
|---|---|
| **12. Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2),(4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on line 9 of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| **13. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **14. Financial Management Training Program Deadline for the Debtor** | **Deadline for debtor to attend a financial management training program approved by the United States Trustee: Sixty (60) days from the first date set for the meeting of creditors.** The discharge will not enter if the debtor fails to attend a financial management–training program approved by the United States Trustee or if the debtor attends such training and fails to file a certificate of completion with the U.S. Bankruptcy Court. The training is in addition to the pre–bankruptcy counseling requirement. A list of approved courses may be obtained from the United States Trustee or from the court's website at www.mab.uscourts.gov. |
| **15. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **16. Abandonment of Estate Property** | Notice is hereby given that any creditor or other interested party who wishes to receive notice of the estate representative's intention to abandon property of the estate pursuant to 11 U.S.C. §554(a) must file with the Court and serve upon the estate representative and the United States trustee a written request for such notice within fourteen (14) days from the date first scheduled for the meeting of creditors. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case**                                                                                  page **3**