UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re:

Elizabeth Cordero,

        Debtor

Chapter 7
Case No. 19-30240

**NOTICE OF RE-SCHEDULED MEETING OF CREDITORS**

Please be advised that the 341 Meeting of Creditors originally scheduled for November 12, 2019 has been rescheduled to December 17, 2019 at 11:00 am at 1350 Main St., 11th Floor, Springfield, MA 01103.

November 8, 2019

        Respectfully submitted,

        Carrie A. Naatz
        /s/ Carrie A. Naatz
        BBO 651728
        1111 Elm St. #28
        West Springfield, MA 01089
        (413) 336-8300
        (413) 424-3292 (facsimile)