UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | Case No. 19-30240-EDK |
| ELIZABETH CORDERO ) | |
| ) | |
| Debtor ) | |
| ) | |

## ORDER ON APPLICATION TO EMPLOY REAL ESTATE BROKER

Upon consideration of the within Chapter 7 Trustee's Application to Retain BK Global Real Estate Services and Teamwork Realty Group, LLC as Real Estate Brokers, no adverse interests having been represented and sufficient reason appearing to me therefor, it is hereby

ORDERED, that the Application of Trustee, Gary M. Weiner, of Weiner Law Firm, P.C. to employ BK Global Real Estate Services and Teamwork Realty Group, LLC as Real Estate Brokers, be and is, hereby allowed. All compensation and fees will be subject to Court approval.

Dated:

_Elizabeth D. Katz_    01/28/2020
Honorable Elizabeth D. Katz
United States Bankruptcy Judge